IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD WOODWARD, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 11-cv-349-DRH |
| DR. R. CRANTS and HOMELAND SECURITY COMPANY, LLC, ) ) ) ) | |
| Defendants. ) | |

## ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiff Donald Woodward's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) (Doc. 14). The defendants have not filed answers or motions for summary judgment. Nor has a class been certified, meaning court approval of this dismissal pursuant to Federal Rule of Civil Procedure 23 is not required. As such, the Court hereby ACKNOWLEDGES the dismissal without prejudice. The Clerk is DIRECTED to close this file.

**IT IS SO ORDERED.**

Signed this 6th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.06 11:47:19 -05'00'

Chief Judge
United States District Court